**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LENOX CORPORATION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 15-6019 |
| v. | : | |
| THOMAS BLACKSHEAR, ROGER W. RAWLS, BLACKSHEAR ENTERPRISES INC., and KEEPSAKES AND COLLECTABLES, LLC., | : | |
| | : | |

## ORDER

**AND NOW,** this ___22nd_____ day of December, 2016, Defendants' Motion to Stay the Action Pending Arbitration (ECF No. 9) is GRANTED and Plaintiff's Motion to Enjoin Arbitration is DENIED (ECF No. 19).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: